UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
10 APR 23 PM 2:41
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Frances Williams, )
                  )
        Plaintiff, )
                  )
vs.               )  Cause No. 1:10-cv-0499 WTL-JMS
                  )
AT&T,             )
                  )
        Defendant. )

# EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant __AT&T__ for discrimination as set forth below.

Plaintiff ✓ DOES ___ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name, Address, and Phone Number:
Frances Williams
3832 Carrollton Ave
Indianapolis IN 46205
317-924-9222

Defendant's Name and Address:
AT&T
225 W. Randolph 18D150
Chicago IL 60606

## II. JURISDICTION

1. This complaint is brought pursuant to:

   ✓ ___ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

   ___ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

✓ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

\_\_\_\_\_ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

\_\_\_\_\_ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

\_\_\_\_\_ Other (list): _____

2. Plaintiff ✓ DID \_\_\_\_ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about *1-29-10* (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

*Discriminated and targeting employee with disabilities.*

## IV. FACTS IN SUPPORT OF COMPLAINT

*Office attendance considered prior to the use of FMLA and time not worked by employee. Denied FMLA leave with threats of suspension pending termination. False accusations of payroll fraud for time worked offline.*

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

*Any and all.*

_____

_____

_____

_____

_____

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this __23__ day of __April__, 20__10__

_____
(Signature of Plaintiff)