UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANCES WILLIAMS AND<br>FELICIA WEBSTER-RODRIQUEZ,<br><br>      Plaintiffs,<br><br>v.<br><br>AT&T,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO: 1:10-cv-0499-WTL-MJD<br>)<br>)<br>)<br>) |

**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE
CLAIMS FILED BY PLAINTIFF FELICIA WEBSTER-RODRIQUEZ**

    Plaintiff, Felicia Webster-Rodriquez, by counsel, and Defendant, AT&T, Inc., by counsel, having tendered their Joint Stipulation of Dismissal of Plaintiff's Complaint, and the Court having examined the same and being duly advised, now finds that the Joint Stipulation of Dismissal should be approved.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint against defendant is hereby dismissed with prejudice.

Date: 09/13/2011

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:
John H. Haskin:         jhaskin@hlllaw.com
Meghan U. Lehner     mlehner@hlllaw.com

Laura Lindner           LLindner@littler.com
Brian L. Mosby          bmosby@littler.com